# Law Office of
# Wendell L. Hoskins II
### 404 Ward Avenue
### Post Office Box 1115
### Caruthersville, Missouri 63830

**Wendell L. Hoskins II** α β γ

α Also Admitted in Arkansas
β Also Admitted in Mississippi
γ Also Admitted in Tennessee

**Telephone**    (573) 333-2600
**Fax**             (573) 333-2041
**www.WendellHoskins.com**

Arkansas Office:
118 West Walnut
Blytheville, Arkansas  72316

January 26, 2021

**VIA OVERNIGHT DELIVERY**
**FED EX TRKG #8160 7457 4877**

Deputy Administrator of Compliance
USDA Risk Management Agency
Stop 0806
1400 Independence Avenue, S.W.
Washington, DC 202250-0806

Re: *Daniel Gene Boze, et al. v. Great American Insurance Company*
   United States District Court, Middle District of Tennessee

   *Daniel Gene Boze, et al. v. Great American Insurance Company*
   Private Arbitration Pursuant to MRG-12-003.1

Dear Deputy Administrator:

Please consider this a request pursuant to Section 20(i) of the Basic Provision of the Common Crop Insurance Policy and related federal regulations for a determination that Approved Insurance Provider Great American Insurance Company (hereinafter "GAIC") failed to comply with the terms of my clients' 2017 federally-reinsured crop insurance policies and/or the procedures of the Federal Crop Insurance Corporation (FCIC), resulting in my clients' receiving payment in an amount that is less than the amount to which they were entitled.  *See* 7 CFR §457.8, §400.176 & §400.352.

In support of our request, I have enclosed a copy of the Complaint filed this day in the United States District Court for the Middle District of Tennessee, Northeastern Division, which outlines the allegations against GAIC and the Plaintiffs' prayer for judicial review.  I have also enclosed a complete copy of the record from the August 26-28, 2020, arbitration, including the November 2, 2020, Arbitration Award.  The enclosed thumb drive includes copies of all pleadings, arbitration exhibits and a complete transcript of the proceedings.

**PLAINTIFFS'**
**EXHIBIT**
**3**

If anything further is necessary in this regard, please do not hesitate to contact me.

Sincerely,

*Wendell Hoskins II*

Wendell L. Hoskins II
Wendell@WendellHoskins.com
WLH/as
encl.
cc: Thomas C. James, Jr., Esq.(w/ encls.)