# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NORTHEASTERN DIVISION

| | |
|---|---|
| **DANIEL GENE BOZE,** **JIMMY JOE BOZE,** and **MARY RUTH BOZE,** Surviving Spouse of Joe Boze, <br><br> Plaintiffs, <br><br> v. <br><br> **GREAT AMERICAN** **INSURANCE COMPANY,** <br><br> Defendant. | Case No. 2:21-cv-00002 <br><br> Hon. Waverly D. Crenshaw, Jr. <br> Magistrate Judge Alistair Newbern |

## JOINT STATUS REPORT REGARDING ATTEMPTS TO RESOLVE CASE

This Joint Report addresses the status of the parties' good faith efforts to resolve the case, as to which the Court directed the parties to report by September 24, 2021.[1]

The parties have exchanged settlement proposals and discussed the parties' respective positions, but after engaging in such discussions in good faith, they have been unable to agree upon any compromise as of this time. The parties intend to continue to negotiate.

The parties engaged in significant discovery during the underlying arbitration and have also engaged in written discovery in this case.

The parties have participated in the review process prescribed by federal regulations and Section 20(i) of the policy by providing the USDA Risk Management Agency (RMA) with information and documents it requested after Plaintiffs submitted their January 26, 2021 *Section*

---

[1] See Initial Case Management Order (Doc. 29), subparagraph F.

*20(i) Request to the Federal Crop Insurance Corporation (FCIC).*[2] FCIC (which RMA administers) has not issued its determination yet. The parties will advise when it does.

Once that agency issues its determination, regardless of its content, that determination should provide focus and perspective to the parties that will facilitate an informed and productive second-round settlement discussion after any new discovery the determination necessitates.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| *s/ Wendell L. Hoskins II* | *s/ Thomas C. James, Jr.* |
| Wendell L. Hoskins II | Thomas C. James, Jr., Esq. |
| Tennessee Bar No. 17761 | (Ohio Bar No. 0073531) |
| LAW OFFICE OF WENDELL L. HOSKINS II | *(Admitted Pro Hac Vice)* |
| 404 Ward Avenue | SANDERS & ASSOCIATES, LPA |
| Post Office Box 1115 | 8040 Hosbrook Road, Suite 202 |
| Caruthersville, Missouri 63830 | Cincinnati, OH 45236 |
| Phone: 573-333-2600 | Phone: (513) 229-8080 |
| Fax: 573-333-2041 | Fax: (513) 229-8081 |
| *Wendell@WendellHoskins.com* | *TomJames@SandersLPA.com* |
| Attorney for the Plaintiffs | Brigid M. Carpenter (TN BPR #018134) |
|  | BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C. |
|  | 211 Commerce Street, Suite 800 |
|  | Nashville, Tennessee 37201 |
|  | (615) 726-7341 (telephone) |
|  | (615) 744-7341 (facsimile) |
|  | *bcarpenter@bakerdonelson.com* |
|  | Attorneys for Defendant Great American |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he served a copy of the foregoing through the Court's Electronic Case Filing System (CM/ECF), upon Plaintiffs' attorney, Wendell L. Hoskins II, Law Office of Wendell L. Hoskins II, 404 Ward Ave., P.O. Box 1115, Caruthersville, MO 63830 (Wendell@WendellHoskins.com), this 24th day of September 2021.

*s/ Thomas C. James, Jr.*
Thomas C. James, Jr.

---

[2] See the Complaint (Doc. 1) at pp. 17, 19, 21, and 26, and its Exhibit 3 (Doc. 1-4).