# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NORTHEASTERN DIVISION

| | |
|---|---|
| **DANIEL GENE BOZE,** **JIMMY JOE BOZE, Individually and as Personal Representative for Mary Ruth Boze, and NITA LEE REID, as Personal Representative of Mary Ruth Boze,** **Plaintiffs,** **v.** **GREAT AMERICAN INSURANCE COMPANY,** **Defendant.** | Case No. 2:21-cv-00002 Hon. Waverly D. Crenshaw, Jr. Magistrate Judge Alistair Newbern |

## THIRD JOINT STATUS REPORT REGARDING AGENCY PROCEEDINGS

This Third Joint Report[1] addresses the status of federal agency proceedings concerning the Plaintiffs' January 26, 2021 *Section 20(i) Request to the Federal Crop Insurance Corporation (FCIC),*[2] as to which the Court directed the parties to report periodically.[3]

The USDA Risk Management Agency (RMA) issued FCIC's determination in this matter on December 3, 2021 and emailed it to the parties on December 6. A genuine copy is attached as Exhibit A. FCIC found "no proof that Great American failed to comply with the terms of the Basic Provisions or associated FCIC procedures," "no violations of required AIP [Approved Insurance Provider] or adjuster duties," and that Plaintiffs "received the total amount [they] were entitled to" under their policies.

---

[1] The Parties filed their first Joint Status Report Regarding Agency Proceedings on August 13, 2021 (Doc. 31) and the Second Joint Status Report on November 19, 2021 (Doc. 35).
[2] See the Complaint (Doc. 1) at pp. 17, 19, 21, and 26, and its Exhibit 3 (Doc. 1-4).
[3] See Initial Case Management Order (Doc. 29), subparagraph O.

The Plaintiffs intend to appeal the FCIC 20(i) determination before the USDA National Appeals Division in accordance with 7 CFR Part 11.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| *s/ Wendell L. Hoskins II* | *s/ Thomas C. James, Jr.* |
| Wendell L. Hoskins II | Thomas C. James, Jr., Esq. |
| Tennessee Bar No. 17761 | (Ohio Bar No. 0073531) |
| LAW OFFICE OF | *(Admitted Pro Hac Vice)* |
| WENDELL L. HOSKINS II | SANDERS & ASSOCIATES, LPA |
| 404 Ward Avenue | 8040 Hosbrook Road |
| Post Office Box 1115 | Suite 202 |
| Caruthersville, Missouri 63830 | Cincinnati, OH 45236 |
| Phone: 573-333-2600 | Phone: (513) 229-8080 |
| Fax: 573-333-2041 | Fax: (513) 229-8081 |
| Wendell@WendellHoskins.com | TomJames@SandersLPA.com |
| | |
| Attorney for the Plaintiffs | Brigid M. Carpenter (TN BPR #018134) |
| | BAKER, DONELSON, BEARMAN, |
| | CALDWELL & BERKOWITZ, P.C. |
| | 211 Commerce Street, Suite 800 |
| | Nashville, Tennessee 37201 |
| | (615) 726-7341 (telephone) |
| | (615) 744-7341 (facsimile) |
| | bcarpenter@bakerdonelson.com |
| | |
| | Attorneys for Defendant Great American |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he served a copy of the foregoing through the Court's Electronic Case Filing System (CM/ECF), upon Plaintiffs' attorney, Wendell L. Hoskins II, Law Office of Wendell L. Hoskins II, 404 Ward Ave., P.O. Box 1115, Caruthersville, MO 63830 (Wendell@WendellHoskins.com), this 22nd day of December 2021.

*s/ Thomas C. James, Jr.*
Thomas C. James, Jr.