THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

DANIEL GENE BOZE,
et al.,

    Plaintiffs,

v.                             Case No. 2:21-cv-00002

GREAT AMERICAN
INSURANCE COMPANY,

    Defendant.

## TWELFTH JOINT STATUS REPORT REGARDING AGENCY PROCEEDINGS

COME NOW the Plaintiffs, Daniel Gene Boze, Jimmy Joe Boze, and Estate of Mary Ruth Boze, and the Defendant, Great American Insurance Company, by and through their respective counsel, and in accordance with the February 23, 2022, Order of this Court [Document 40] report as follows:

1. The evidentiary phase of the administrative telephone hearing was concluded on January 25, and the parties submitted post-hearing briefs on March 29, 2023.

2. Hearing Officer Mark A. Nelson published an administrative decision on June 16, 2023.

3. Both the Agency and the Appellants filed timely requests for NAD Director review.

4. It is anticipated that an NAD Director determination will be published within sixty (60) days.

5. The parties will file with the Court an updated Joint Status Report on or before **October 10, 2023**, unless otherwise directed by the Court.

Respectfully submitted,

LAW OFFICE OF
WENDELL L. HOSKINS II
404 Ward Avenue
Post Office Box 1115
Caruthersville, Missouri 63830
Phone: 573-333-2600
Fax: 573-333-2041
Wendell@WendellHoskins.com

*Wendell L. Hoskins II*
WENDELL L. HOSKINS II
Tennessee Bar No. 17761
Attorney for the Plaintiffs

SANDERS & ASSOCIATES, LPA
8040 Hosbrook Road, Suite 202
Cincinnati, OH 45236
Phone: (513) 229-8080
Fax: (513) 229-8081
TomJames@SandersLPA.com

/s/ Thomas C. James, Jr.
Thomas C. James, Jr., Esq.
Ohio Bar No. 0073531
Admitted Pro Hac Vice
Attorney for Defendant

## CERTIFICATE OF SERVICE

I, WENDELL L. HOSKINS II, attorney for Plaintiffs, in the above styled and numbered cause of action, do hereby certify that I have this day served electronically, a true and correct copy of the foregoing pleading to Thomas C. James, Esquire, Sanders & Associates, LPA, 8040 Hosbrook Road, Suite 202, Cincinnati, Ohio 45326; and Brigid M. Carpenter, Baker, Donelson, Bearman, Caldwell, & Berkowitz, P.C., 211 Commerce Street, Suite 800, Nashville, Tennessee 37201.

THIS, the 9th day of August, 2023.

*Wendell L. Hoskins II*
WENDELL L. HOSKINS II