UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| DANIEL GENE BOZE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GREAT AMERICAN INSURANCE COMPANY, <br><br> Defendant. | Case No. 2:21-cv-00002 <br><br> Chief Judge Waverly D. Crenshaw, Jr. <br> Magistrate Judge Alistair E. Newbern |

## ORDER

On November 17, 2023, Plaintiffs Daniel Boze, Jimmy Boze, and Estate of Mary Boze filed a notice requesting a case management conference. (Doc. No. 52.) The motion is GRANTED. A case management conference before the Magistrate Judge is set for December 13, 2023, at 9:30 a.m. Counsel for the parties shall call (888) 557-8511 and enter access code 7819165# to participate.

The parties shall file a joint statement of the matters to be discussed in the conference by December 11, 2023.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge