# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NORTHEASTERN DIVISION

| | |
|---|---|
| **DANIEL GENE BOZE, et al.,** | **Case No. 2:21-cv-00002** |
| **Plaintiffs,** | |
| v. | **Chief Judge Waverly D. Crenshaw, Jr.** <br> **Magistrate Judge Alistair Newbern** |
| **GREAT AMERICAN INSURANCE COMPANY,** | |
| **Defendant.** | |

## DEFENDANT'S MOTION TO DISMISS
## PLAINTIFFS' COMPLAINT (COUNTS I, II, III, IV, AND V)

Defendant, Great American Insurance Company ("Great American") hereby moves to dismiss Plaintiffs' Complaint (Doc. No. 1) against it under Fed. R. Civ. P. 12(b)(6) due to Plaintiffs' failure to state a claim upon which relief can be granted, and for the other reasons set forth in the Brief filed in support of this motion. The Court should dismiss all of the Plaintiffs' claims, including those identified in Plaintiffs' Count I (Judicial Review (Section 20)), Count II (Tennessee State Law (Contract)), Count III (Tennessee State Law (Common Law Bad Faith)), Count IV (Tennessee State Law (Statutory Bad Faith)), and Count V (Tennessee State Law (Tort)).

Respectfully submitted,

*s/ Thomas C. James, Jr.*
Thomas C. James, Jr., Esq.
(OH Bar No. 0073531)
(*admitted pro hac vice*):
**SANDERS & ASSOCIATES, LPA**
8040 Hosbrook Road, Suite 202
Cincinnati, OH 45236
Phone: (513) 229-8080
Fax: (513) 229-8081
TomJames@SandersLPA.com

*s/ Brigid M. Carpenter*
Brigid M. Carpenter (TN BPR #018134)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
211 Commerce Street, Suite 800
Nashville, Tennessee 37201
(615) 726-7341 (telephone)
(615) 744-7341 (facsimile)
bcarpenter@bakerdonelson.com

**Attorneys for Defendant Great American**

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that he served a copy of the foregoing through the Court's Electronic Case Filing System (CM/ECF), upon Plaintiffs' attorney, Wendell L. Hoskins II, Law Office of Wendell L. Hoskins II, 404 Ward Ave., P.O. Box 1115, Caruthersville, MO 63830 (Wendell@WendellHoskins.com), this 18th day of January 2024.

*Thomas C. James, Jr.*
Thomas C. James, Jr.