## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NORTHEASTERN DIVISION

| | |
|---|---|
| **DANIEL GENE BOZE,** <br> **JIMMY JOE BOZE,** <br> **and MARY RUTH BOZE,** <br> **Surviving Spouse of Joe Boze,** <br><br> **Plaintiffs,** <br><br> **v.** <br><br> **GREAT AMERICAN** <br> **INSURANCE COMPANY,** <br><br> **Defendant.** | **Case No. 2:21-cv-00002** <br><br><br> **Hon. Waverly D. Crenshaw, Jr.** <br> **Magistrate Judge Alistair Newbern** |

## DEFENDANT'S MOTION FOR ORAL ARGUMENT
## ON ITS MOTION TO DISMISS

Pursuant to Local Rule 78.01 and Item No. 5 in the Judicial Preferences for Judge Waverly D. Crenshaw, Jr., Defendant Great American Insurance Company ("Great American"), respectfully requests that the Court grant oral argument on its Motion to Dismiss, filed concurrently with this motion. The issues to be considered relate to federal preemption of the Plaintiffs' claims and are complex, and oral argument will be beneficial to the Court in ruling on said motions.

Respectfully submitted,

*s/ Thomas C. James, Jr.*
Thomas C. James, Jr., Esq.
(OH Bar No. 0073531)
(*admitted pro hac vice*):
**SANDERS & ASSOCIATES, LPA**
8040 Hosbrook Road, Suite 202
Cincinnati, OH 45236
Phone: (513) 229-8080
Fax: (513) 229-8081
TomJames@SandersLPA.com

*s/ Brigid M. Carpenter*
Brigid M. Carpenter (TN BPR #018134)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
211 Commerce Street, Suite 800
Nashville, Tennessee 37201
(615) 726-7341 (telephone)
(615) 744-7341 (facsimile)
bcarpenter@bakerdonelson.com

**Attorneys for Defendant Great American**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he served a copy of the foregoing through the Court's Electronic Case Filing System (CM/ECF), upon Plaintiffs' attorney, Wendell L. Hoskins II, Law Office of Wendell L. Hoskins II, 404 Ward Ave., P.O. Box 1115, Caruthersville, MO 63830 (Wendell@WendellHoskins.com), this 18th day of January 2024.

*s/ Thomas C. James, Jr.*
Thomas C. James, Jr.